IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JASON DANE HARRIS and RACHAEL MARIE DABBS HARRIS, as next friend of P.D.H., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FISHER-PRICE-INC., et al.,<br><br>Defendants. | 1:13-cv-76-KOB |

## ORDER

This matter is before the court on "Plaintiffs's [sic] Notice of Dismissal of Defendants Target Corporation and Target Corporate Services Inc.," filed pursuant to Fed. R. Civ. P. 41(a)(1). The court DISMISSES all claims of the Plaintiffs against Defendants Target Corporation and Target Corporate Services, Inc. WITHOUT PREJUDICE, each party to bear his, her, or its own costs. The court DISMISSES Target Corporation and Target Corporate Services, Inc. as parties in this action. The court finds as MOOT the motion to dismiss filed solely by defendants Target Corporation and Target Corporate Services, Inc. (doc. 14).

The case will proceed with the plaintiffs' claims against Defendants Fisher-Price, Inc. and Mattel, Inc.

DONE and ORDERED this 12th day of April, 2013.

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE