
FILED
2014 Mar-22 AM 07:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JASON DANE HARRIS and RACHAEL MARIE DABBS HARRIS, as next friend of P.D.H., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FISHER-PRICE, INC., MATTEL, INC., et al.,<br><br>Defendants. | CIVIL ACTION NO. CV: 13-00076-KOB |

## PLAINTIFFS' MOTION TO CERTIFY AN ALABAMA CLASS

Pursuant to Federal Rules of Civil Procedure Rule 23(a) and (b)(3), Plaintiffs Rachael Harris, Nicole Lawley, Tequila Childers and Cynthia Patel ("Plaintiffs") move to certify an Alabama class defined as follows:

All Alabama residents who purchased or acquired a Fisher-Price Rock 'N' Play Sleeper prior to January 8, 2013 ("Alabama Class").

The Class excludes: (1) Fisher-Price, Inc., and Mattel, Inc. ("Defendants"), any entity in which Defendants have a controlling interest, and its legal representatives, officers, directors, employees, assigns, and successors; (2) the Judge to whom this case is assigned and any member of the Judge's immediate family; (3) persons or entities who distribute or resell the Fisher-Price Rock 'N'

1

Play Sleeper; (5) government entities; and (6) claims for personal injury, wrongful death, and/or emotional distress.

Plaintiffs are concurrently filing a memorandum of law in support of this motion.

Respectfully Submitted this the 21st day of March, 2014.

>  /s/ J. Paul Lynn
>  Donald W. Stewart, Esq.
>  J. Paul Lynn, Esq.

OF COUNSEL:

Donald W. Stewart, Esq.
J. Paul Lynn, Esq.
**STEWART & STEWART, P.C.**
1826 3rd Avenue North, Suite 300
Bessemer, Alabama 35020
Phone: (205) 425-1166
Fax: (205) 425-5959

Andrew P. Campbell, Esq.
Stephen D. Wadsworth, Esq.
**LEITMAN, SIEGAL, PAYNE & CAMPBELL, P.C.**
420 20th Street North, Suite 2000
Birmingham, Alabama 35203
Telephone: (205) 251-5900

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following; and I hereby certify that I have mailed by United States Postal Service the document to the following, on this the 21st day of March, 2014:

James C. Huckaby
Richard E. Smith
Sharon D. Stuart
**CHRISTIAN & SMALL, LLP**
505 20th Street North, Suite 1800
Birmingham, AL 35203

Erik K. Swanholt, Esq.
**JONES DAY**
555 S. Flower Street, 50th Floor
Los Angeles, California 90071-2300
Telephone: (213) 489-3939

Hugh R. Whiting, Esq.
**JONES DAY**
901 Lakeside Ave.
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939

Peter Biersteker, Esq.
**JONES DAY**
51 Lousiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939

*Counsel for Defendants*

                                                */s/ J. Paul Lynn*
                                                OF COUNSEL