FILED
2014 Mar-22 AM 08:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JASON DANE HARRIS and RACHAEL MARIE DABBS HARRIS, as next friend of P.D.H., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FISHER-PRICE, INC., MATTEL, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. CV: 13-00076-KOB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF J. PAUL LYNN

I, J. Paul Lynn, do hereby declare:

1. I am an associate in the law firm of Stewart & Stewart, P.C. ("S&S") and am one of the attorneys of record for Plaintiffs in the above-captioned case. I have personal knowledge of the facts set forth herein. This declaration is respectfully submitted in support of Plaintiffs' Motion for Class Certification and, in particular, to summarize the experience and competence of the attorneys of the firm of S&S, in federal and state class actions. If called as a witness, I can and will testify competently to the following:

2. The managing partner of the firm, Donald W. Stewart, is an AV rated attorney with more than forty years of experience in class action and complex civil litigation. I, personally, and the firm have prosecuted numerous state and federal

1

coordinated/MDL proceedings including nationwide class actions arising from toxic tort, unfair business practices, personal injury, consumer fraud, and products liability.

3. I do not have any known conflicts of interest with any members of the proposed classes.

I declare under penalty of perjury under the laws of the State of Alabama that the foregoing is true and correct. If called to testify to the matters set forth therein, I could and would do so competently.

Executed on March 21, 2014 in Birmingham, Alabama.

J. Paul Lynn, Esq.
**STEWART & STEWART, P.C.**
1826 3rd. Avenue North, Suite 300
Bessemer, Alabama 35020
205.425.1166
205.425.5959 - Facsimile
plynn@stewartandstewart.net

2